UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

HERMAN VYMISLICKY,
Plaintiff,

v. 3:26-cv-0451 (MAD/CBF)

CREDIT ACCEPTANCE CORPORATION,
Defendant.

---

APPEARANCES:

HERMAN VYMISLICKY
*Plaintiff, pro se*
305 Lyon Road
Bainbridge, NY 13733

**CARLA B. FREEDMAN**, United States Magistrate Judge

**ORDER**

## I. INTRODUCTION

Currently before the Court for sufficiency review is an amended complaint, Dkt. No. 10, submitted by *pro se* plaintiff Herman Vymislicky ("Plaintiff") asserting claims pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

## II. BACKGROUND

Plaintiff commenced the instant action by filing a complaint on March 23, 2026, asserting claims against Defendant Credit Acceptance Corporation, along with a motion to proceed *in forma pauperis* ("IFP"). *See generally*, Dkt. Nos. 1-2. By Report-Recommendation and Order dated May 21, 2026, the undersigned granted Plaintiff's motion to proceed IFP and

recommended dismissal of Plaintiff's complaint, without prejudice, for failure to state a claim. *See generally*, Dkt. No. 9 ("Report-Recommendation").

On June 5, 2026, Plaintiff filed an amended complaint. *See generally*, Dkt. No. 10. On June 25, 2026, the Hon. Mae A. D'Agostino, United States District Judge, issued a Decision and Order accepting and adopting the Report-Recommendation in its entirety, deeming Plaintiff's amended complaint the operative pleading, and referring the amended complaint to the undersigned for a sufficiency review pursuant to 28 U.S.C. § 1915. *See generally*, Dkt. No. 11.

## III. LEGAL STANDARD

This Court previously set forth the legal standards for review under 28 U.S.C. § 1915, *see* Dkt. No. 9 at 2-4, therefore, those standards will not be repeated here.

## IV. SUFFICIENCY OF THE AMENDED COMPLAINT

In the May 21, 2026, Report-Recommendation, the undersigned observed Plaintiff's original complaint set forth "a number of statutes which were allegedly violated," but "fail[ed] to explain how *the Defendant* violated such statutes." Dkt. No. 9 at 5 (emphasis in original). Upon review, Plaintiff's amended complaint contains factual allegations specifying how Defendant Credit Acceptance Corporation allegedly violated various provisions of the Fair Credit Reporting Act, thus curing the deficiencies identified in the original complaint. *See generally*, Dkt. No. 10 at 2-6. Accordingly, the undersigned finds Plaintiff's amended complaint survives initial review and requires a response. In doing so, the Court renders no opinion as to whether Plaintiff's claims can withstand a properly filed dispositive motion.

## V. CONCLUSION

**WHEREFORE**, it is hereby

**ORDERED** that Plaintiff's amended complaint, Dkt. No. 10, survives initial review; and it is further

**ORDERED** that the Clerk shall issue a summons and forward it along with a copy of the complaint to the United States Marshal for service upon Defendant Credit Acceptance Corporation; and it is further

**RECOMMENDED** that a response to the complaint be filed by Defendant Credit Acceptance Corporation, or counsel, as provided for in the Federal Rules of Civil Procedure, after proper service of process; and it is further

**ORDERED** that the Clerk is directed to schedule a Rule 16 Conference before the assigned Magistrate Judge; and it is further

**ORDERED** that all pleadings, motions and other documents relating to this action be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367. Plaintiff must comply with any requests by the Clerk's Office for any documents that are necessary to maintain this action. All parties must comply with Local Rule 7.1 of the Northern District of New York in filing motions. All motions will be decided on submitted papers without oral argument unless otherwise ordered by the Court. **Plaintiff is also required to promptly notify, in writing, the Clerk's Office and all parties or their counsel of any change in Plaintiff's address; his failure to do so may result in the dismissal of this action**.

**IT IS SO ORDERED.**

Dated: October 1, 2026
Syracuse, New York

Carla B. Freedman
U.S. Magistrate Judge